D. Ridgway, for appellant. A. J. Rose, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re RUPP et al. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) In the matter of the application for the removal of Charles A. Rupp and James E. Curtis from offices of police commissioners of Buffalo. No opinion. Ordered that it be referred to William C. Watson, Esq., of Batavia, to take proofs in this proceeding, and to report the same, together with his opinion, to this court at an adjourned term thereof, to be held at the court house, in the city of Rochester, on the 26th day of July, 1898, at 10 o'clock a. m. The proofs and hearing before said referee to be had in the city of Buffalo upon eight days' notice to either party. See 53 N. Y. Supp. 927.

RUTLAND COUNTY NAT. BANK, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by the Rutland County National Bank against C. Cooper Clark and others. No opinion. Order affirmed, with $10 costs and disbursements.

RYDER, Appellant, v. ADYKES et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 23, 1898.) Action by Stephen Ryder against John Adykes and others. No opinion. Judgment affirmed, with costs.

SCHAEFER v. UNION RY. CO. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by George Schaefer against the Union Railway Company. No opinion. Motion denied, with $10 costs. See 51 N. Y. Supp. 431.

SCHMIDT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Carl E. Schmidt, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur; except FOLLETT and ADAMS, JJ., who dissent.

SCHMOHL, Appellant, v. O'BRIEN et al., Respondents. (City Court of New York, General Term. August 6, 1898.) Action by William H. Schmohl against Timothy O'Brien and others. Wilson, Barker & Wilson, for appellant. Mulqueen & Mulqueen, for respondents. SCHUCHMAN, J. The court found that the contractor, Powers, on performance of his contract, would have been entitled to $660, and was entitled for extra work to $91.50, making a total of $751.50, and that the owner, O'Brien, had paid that amount to him, or to his order, or to complete the work under the contract. These findings are supported by the evidence. They are not against the weight of evidence. Judgment affirmed, with costs. OLCOTT, J., concurs.

SCHOEN v. WAGNER. (Supreme Court, Appellate Division, First Department. June 10, 1898.) Action by Mary G. Schoen against Albert Wagner. No opinion. Motion denied.

SCOTT, Appellant, v. ENGINEERING NEWS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Ralph Scott against the Engineering News Publishing Company. George A. Stearns, for appellant. James W. Hawes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SEMPLE. (Supreme Court, Appellate Division, Second Department. June 7, 1898.) In the matter of T. Darrington Semple, an attorney. No opinion. Application granted.

SHAFER, Respondent, v. CHURCH et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Charles Shafer against Henrietta Church and others. No opinion. Order affirmed, with $10 costs and disbursements.

SHAFER, Respondent, v. CHURCH et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 6, 1898.) Action by Edward M. Shafer against Henrietta Church and others. No opinion. Order affirmed, with $10 costs and disbursements.

SHAPIRO, Appellant, v. CASSEL et al., Respondents. (Supreme Court, Appellate Division, First Department. June 28, 1898.) Action by Leah Shapiro against Abraham M. Cassel and others. A. H. Sarasohn, for appellant. Arthur Furber, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SHEA, Respondent, v. GREAT CAMP OF KNIGHTS OF MACCABEES FOR NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 26, 1898.) Action by Michael H. Shea, as administrator, etc., against the Great Camp of the Knights of the Maccabees for New York. No opinion. Motion denied. See 52 N. Y. Supp. 333.

SHEPARD, Respondent, v. EVELEIGH, Appellant. (Supreme Court, Appellate Division, Fourth Department, June 18, 1898.) Action by William J. Shepard against Gettie E. Eveleigh. No opinion. Judgment affirmed, with costs.

SHERMAN, Appellant, v. HUNT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by William P. Sherman against David Hunt and others. No opinion. Judgment and order affirmed, with costs.

SIDNEY B. BOWMAN CYCLE CO., Respondent, v. DYER et al., Appellants. (City Court of New York. General Term. April 25, 1898.) Action by the Sidney B. Bowman Cycle Company against Elisha Dyer, Jr., and